1  Michelle L. Roberts – SBN 239092
     E-mail: mroberts@kantorlaw.net
2  KANTOR & KANTOR, LLP
   1050 Marina Village Pkwy., Ste. 105
3  Alameda, California 94501
   Telephone:  (510) 992-6130
4  Facsimile:  (510) 280-7564

5  Glenn R. Kantor – SBN 122643
     E-mail: gkantor@kantorlaw.net
6  Corinne Chandler – SBN 111423
     E-mail: cchandler@kantorlaw.net
7  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
8  Northridge, California 91324
   Telephone: (818) 886 2525
9  Facsimile:  (818) 350 6272

10 Attorneys for Plaintiff
   HADAS RIVERA-WEISS

11

12                **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14

15 HADAS RIVERA-WEISS,                    Case No.: 4:18-cv-05494-YGR

16                  Plaintiff,        **STIPULATED DISMISSAL OF ENTIRE
                                      ACTION AND [PROPOSED] ORDER**
17        v.

18 AETNA LIFE INSURANCE COMPANY,

19                  Defendant.

20

21        **TO THE HONORABLE COURT:**

22        Plaintiff HADAS RIVERA-WEISS and Defendant AETNA LIFE INSURANCE

23 COMPANY, (referred to collectively as the "parties") have reached a resolution of this matter.

24 The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P

25 41(a).  Each party shall bear its own fees and costs.

26 ///

27 ///

28 ///

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

DATED: April 8, 2019      KANTOR & KANTOR, LLP

By: */s/ Michelle L. Roberts*_____ __
     Michelle L. Roberts
     Attorney for Plaintiff
     HADAS RIVERA-WEISS

DATED: April 8, 2019      GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Jordan S. Altura*_____
     Jordan S. Altura
     Attorney for Defendant
     AETNA LIFE INSURANCE COMPANY

## **ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatory to this document.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**KANTOR & KANTOR LLP**
**19839 Nordhoff Street**
**Northridge, California 91324**
**(818) 886 2525**

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# [PROPOSED] ORDER

The Court hereby dismisses this action with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___April 10, 2019___

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER
Case No.: 4:18-cv-05494-YGR